# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 9, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Gregory A. Austin
          v. Superior Court of California, County of San Francisco, et al.
          No. 21-5059
          (Your No. 21-15191)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 29, 2021 and placed on the docket July 9, 2021 as No. 21-5059.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst